

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *100 South Clinton Street, P.O. Box 7198* | *Tel.: (315) 448-0672* |
| *James M. Hanley Federal Building* | *Fax: (315) 448-0658* |
| *Syracuse, New York 13261-7198* | |

July 1, 2026

BY CM/ECF
Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

　　　　Re:　　*United States v. Dellas*
　　　　　　　Case No. 5:25-CR-184 (BKS)

Dear Chief Judge Sannes:

I write to request a brief adjournment of sentencing in this matter, to the week of September 7, 2026.

On May 29, 2026, defense counsel requested an adjournment of sentencing without objection from the government. The Court granted the request and re-set sentencing for August 26, 2026. The government has consulted with the victims of the offense, who advised that they are not able to attend sentencing on that date. To allow them to exercise their right to attend the proceedings in this matter and be heard at sentencing, the government respectfully requests a brief adjournment. The victims advised that they will all be available between September 7 and 23.

Defense counsel advised that there is no objection to this request. Thank you for your consideration.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　TODD BLANCHE
　　　　　　　　　　Acting Attorney General

　　　　　　　　　　JOHN A. SARCONE III
　　　　　　　　　　First Assistant United States Attorney

　　　　By:　　*/s/ Matthew J. McCrobie*
　　　　　　　　Matthew J. McCrobie
　　　　　　　　Assistant United States Attorney
　　　　　　　　Bar Roll No. 702739