

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*     Tel.: (315) 448-0672
*James M. Hanley Federal Building*     Fax: (315) 448-0658
*Syracuse, New York 13261-7198*

July 13, 2026

<u>BY CM/ECF</u>
Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

   Re: *United States v. Dellas*
     Case No. 5:25-CR-184 (BKS)

Dear Chief Judge Sannes:

  I write to withdraw my July 1, 2026 request for an adjournment of sentencing. After consulting with the courtroom deputy and the victims regarding the potential alternative dates for sentencing, the victims advised that they would prefer to keep sentencing as currently scheduled: August 26, 2026.

      Respectfully submitted,

      TODD BLANCHE
      Acting Attorney General

      JOHN A. SARCONE III
      First Assistant United States Attorney

  By: */s/ Matthew J. McCrobie*
      Matthew J. McCrobie
      Assistant United States Attorney
      Bar Roll No. 702739