IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 5:25-CR-184 (BKS) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DEAN DELLAS,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER FOR DISMISSAL OF THE FORFEITURE ALLEGATION**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the Northern District of New York hereby dismisses the Forfeiture Allegation set forth in the above-captioned matter.

The reason for this dismissal is, as follows:

___ Case transferred to another District

___ Speedy Trial Act

___ Defendant's cooperation

___ Insufficient evidence at this time:

_X_ Other: The government is not pursuing a forfeiture money judgment as part of the negotiated plea agreement.

With respect to this dismissal, defendant:

___ Consent

___ Object

_X_ Has not been consulted

This dismissal is made without prejudice.

Respectfully submitted,

Todd Blanche
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: */s/ Jeffrey D. Brown*
Jeffrey D. Brown
Assistant United States Attorney
Bar Roll No. 707241

Leave of Court is granted for the dismissal of the Forfeiture Allegation which is made without prejudice.

Dated: July 17, 2026
Syracuse, New York

Brenda K Sannes
Hon. Brenda K. Sannes
Chief U.S. District Judge