IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 5:25-CR-184 (BKS) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DEAN DELLAS,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**GOVERNMENT'S MOTION TO AUTHORIZE CLERK OF THE COURT TO ACCEPT PREJUDGMENT PAYMENTS**

In this case, Defendant is obligated by the plea agreement to pay certain monetary penalties. *See* Dkt. No. 30 at ¶ 1(d). In accordance with that agreement, Defendant is prepared to make a payment towards those monetary penalties prior to the Court's entry of judgment. According to the *Guide to Judiciary Policy*, Volume 13: Finance and Budget, Chapter 8: Criminal Debt § 825.15.15, and 28 U.S.C. § 2041, the Court may authorize the Clerk of the Court to receive criminal debt funds before the Court's judgment is issued or docketed if Defendant makes a payment towards an anticipated special assessment, restitution, fine, or other monetary penalty. To facilitate the parties' agreement, the government moves the Court to enter an order authorizing the Clerk of the Court to accept prejudgment payments pursuant to 28 U.S.C. § 2041, and to then withdraw and apply such funds to the criminal monetary penalties imposed against the Defendant upon entry of judgment pursuant to 28 U.S.C. § 2042.

(this space intentionally left blank, signature block on next page)

Dated: July 29, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: */s/ Jeffrey D. Brown*
Jeffrey D. Brown
Assistant United States Attorney
Bar Roll No. 707241

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served electronically via the Court's CM/ECF system upon all counsel of record on July 29, 2026.

By: */s/ Jeffrey D. Brown*
Jeffrey D. Brown
Assistant United States Attorney