UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CLERK'S REQUEST & ORDER FOR DISPOSITION OF PASSPORT

UNITED STATES OF AMERICA
v.
Dean Dellas
(Defendant)

Case No. 5:25-cr-184 (BKS)

I, Nicole Eallonardo, Deputy Clerk, certify that upon examination of the docket, the following indicated action is appropriate:

☐ Return passport to Defendant based upon:
  ☐ Defendant found Not Guilty at Trial ☐ Case dismissed by Order of the Court

☑ The defendant was found GUILTY at Trial or Entered a GUILTY Plea and was sentenced to:
  ☑ Term of Supervised Release/Probation ☑ Term of Imprisonment

☐ The defendant is a FUGITIVE, as of ____________________

☐ The defendant was arrested in this district and ordered to surrender his/her passport. The defendant is being transferred to the court where charges are pending - Rule 5(c)(3). The passport is Ordered to be sent to the Transferee District indicated below, pursuant to Rule 5(c)(3)(E).

☐ The above action was disposed of more than ten (10) years ago and/or the passport is no longer valid.

- - - - - - - -

**The Clerk's Request for Disposition of Passport as noted above is hereby GRANTED. The clerk shall forward the passport via Certified Return-Receipt mail to:**

☑ U.S. Department of State (U.S. passports) ☐ U.S. Immigration & Customs Enforcement (Foreign passports) ☐ Court Address indicated below

**IT IS SO ORDERED.**

Dated: August 28, 2026

Brenda K Sannes
NYND Judicial Officer

| **U.S. Passports sent via US Postal Service or FedEx:** | **For Foreign passports:** | **Transferee Court & Case Number (*)(❖):** | |
|---|---|---|---|
| Office of Legal Affairs, Passport Services<br>U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1227<br>Sterling VA 20166-1227 | Immigration & Customs Enforcement<br>Field Office Director - Buffalo<br>250 Delaware Avenue<br>Buffalo NY 14202 | U.S. District Court | Transferee Court Case Number: |

(*) - When transferring Passport to another court, provide a copy of this document along with the Passport.
(❖) - Serve Counsel and U.S. Probation